UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BURROUGHS PAYMENT SYSTEMS,     Case No. C11-06268 JCS

        Plaintiff(s),

    v.

SYMCO GROUP INC,

        Defendant(s).

**ORDER RE: APRIL 18, 2012 JOINT DISCOVERY LETTER [docket no. 40]**

Good cause appearing, Plaintiff's Motion to Open Discovery is **GRANTED.** Defendant shall respond to discovery that has been properly served. The parties have not yet consented to email service for discovery. Defendant's Motion to Stay based on the pending Motion to Dismiss is **DENIED**. The Court does not rule on the question of whether the trade secrets have been adequately identified, and the parties are directed to meet and confer on that issue

IT IS SO ORDERED.

Dated: April 19, 2012

_____
JOSEPH C. SPERO
United States Magistrate Judge