**HONIGMAN MILLER SCHWARTZ AND COHN LLP**
Andrew M. Grove (P48868) (*pro hac vice*)
Emily J. Zelenock (P74708) (*pro hac vice*)
Charles W. Duncan (P (*pro hac vice*)
39400 Woodward Ave, Suite 101
Bloomfield Hills, MI 48304-5151
Tel:  (248) 566-8432
Fax: (248) 566-8449
ayg@honigman.com
ezelenock@honigman.com
cduncan@honigman.com

**SHEPPARD MULLIN RICHTER & HAMPTON LLP**
A Limited Liability Partnership
Including Professional Corporations
RYAN S. HILBERT (Cal. Bar No. 210549)
379 Lytton Avenue
Palo Alto, CA 94301-1432
Telephone:     650-815-2600
Facsimile:     650-815-2601
rhilbert@sheppardmullin.com

Attorneys for Plaintiff
BURROUGHS PAYMENT SYSTEMS, INC.

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

|  |  |
|---|---|
| BURROUGHS PAYMENT SYSTEMS, INC., )<br><br>          *Plaintiff,*<br><br>     vs.<br><br>SYMCO GROUP, INC.,<br><br>          *Defendant.* | Case No. 3:11-cv-06268-JCS<br><br>**STIPULATED NOTICE OF DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Burroughs Payment Systems, Inc., and Symco Group, Inc., by their respective attorneys, hereby stipulate that the above-referenced action against Defendant is dismissed without prejudice, with each party bearing its own costs and attorney fees.

DATED: July 27, 2012.

**HONIGMAN MILLER SCHWARTZ AND COHN LLP**

By: /s/ Andrew M. Grove
Andrew M. Grove (P48868) (*pro hac vice*)
Emily J. Zelenock (P74708) (*pro hac vice*)
Charles W. Duncan (P (pro hac vice)
39400 Woodward Ave, Suite 101
Bloomfield Hills, MI 48304-5151
Tel: (248) 566-8432
Fax: (248) 566-8449
ayg@honigman.com
ezelenock@honigman.com
cduncan@honigman.com

**SHEPPARD MULLIN RICHTER & HAMPTON LLP**
A Limited Liability Partnership
Including Professional Corporations
RYAN S. HILBERT (Cal. Bar No. 210549)
rhilbert@sheppardmullin.com
379 Lytton Avenue
Palo Alto, CA 94301-1432
Telephone:     650-815-2600
Facsimile:     650-815-2601

**Attorneys for Plaintiff
BURROUGHS PAYMENT SYSTEMS, INC.**

**TAYLOR ENGLISH DUMA LLP**

By: /s/ William S. Creasman
William Scott Creasman (*pro hac vice*)
Amanda Groover Hyland (*pro hac vice*)
Todd E. Jones (*pro hac vice*)
1600 Parkwood Circle
Suite 400
Atlanta, GA 30339
screasman@taylorenglish.com
ahyland@taylorenglish.com
tjones@taylorenglish.com

**Law Offices of M. Candice Bryner, APC**
Mary Candice Bryner
Tumy Nhi Nguyen
900 Roosevelt
Irvine, CA 92620
candice@brynerlaw.com
tumy@brynerlaw.com

**Attorneys for Defendant
SYMCO GROUP, INC.**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ATTORNEY'S E-FILING ATTESTATION**

As the attorney e-filing this document, and pursuant to General Order 45, I hereby attest that counsel for Plaintiff Burroughs Payment Systems, Inc. and counsel for Defendant Symco Group, Inc. whose electronic signatures appear above, have concurred in this filing.

Dated: July 27, 2012      By: <u>/s/ Ryan S. Hilbert</u>
         SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP
         Attorneys for Plaintiff
         BURROUGHS PAYMENT SYSTEMS, INC.

Dated: July 30, 2012



IT IS SO ORDERED

Judge Joseph C. Spero

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SMRH:406256758.1

STIPULATED NOTICE OF DISMISSAL
WITHOUT PREJUDICE
Case No. 3:11-cv-06268-JCS