**HONIGMAN MILLER SCHWARTZ AND COHN LLP**
Andrew M. Grove (P48868) (*pro hac vice*)
Emily J. Zelenock (P74708) (*pro hac vice*)
Charles W. Duncan (P (*pro hac vice*)
39400 Woodward Ave, Suite 101
Bloomfield Hills, MI 48304-5151
Tel:  (248) 566-8432
Fax: (248) 566-8449
ayg@honigman.com
ezelenock@honigman.com
cduncan@honigman.com

**SHEPPARD MULLIN RICHTER & HAMPTON LLP**
A Limited Liability Partnership
Including Professional Corporations
RYAN S. HILBERT (Cal. Bar No. 210549)
379 Lytton Avenue
Palo Alto, CA 94301-1432
Telephone:    650-815-2600
Facsimile:      650-815-2601
rhilbert@sheppardmullin.com

Attorneys for Plaintiff
BURROUGHS PAYMENT SYSTEMS, INC.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| BURROUGHS PAYMENT SYSTEMS, INC., | Case No. 3:11-cv-06268-JCS |
| *Plaintiff*, | |
| vs. | **STIPULATED NOTICE OF DISMISSAL WITHOUT PREJUDICE** |
| SYMCO GROUP, INC., | |
| *Defendant*. | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Burroughs Payment Systems, Inc., and Symco Group, Inc., by their respective attorneys, hereby stipulate that the above-referenced action against Defendant is dismissed without prejudice, with each party bearing its own costs and attorney fees.

DATED: July 27, 2012.

| | |
|---|---|
| **HONIGMAN MILLER SCHWARTZ AND COHN LLP** | **TAYLOR ENGLISH DUMA LLP** |
| By: /s/ Andrew M. Grove<br>Andrew M. Grove (P48868) (*pro hac vice*)<br>Emily J. Zelenock (P74708) (*pro hac vice*)<br>Charles W. Duncan (P (pro hac vice)<br>39400 Woodward Ave, Suite 101<br>Bloomfield Hills, MI 48304-5151<br>Tel: (248) 566-8432<br>Fax: (248) 566-8449<br>ayg@honigman.com<br>ezelenock@honigman.com<br>cduncan@honigman.com | By: /s/ William S. Creasman<br>William Scott Creasman (*pro hac vice*)<br>Amanda Groover Hyland (*pro hac vice*)<br>Todd E. Jones (*pro hac vice*)<br>1600 Parkwood Circle<br>Suite 400<br>Atlanta, GA 30339<br>screasman@taylorenglish.com<br>ahyland@taylorenglish.com<br>tjones@taylorenglish.com |
| **SHEPPARD MULLIN RICHTER & HAMPTON LLP**<br>A Limited Liability Partnership<br>Including Professional Corporations<br>RYAN S. HILBERT (Cal. Bar No. 210549)<br>rhilbert@sheppardmullin.com<br>379 Lytton Avenue<br>Palo Alto, CA 94301-1432<br>Telephone:    650-815-2600<br>Facsimile:    650-815-2601<br><br>**Attorneys for Plaintiff**<br>**BURROUGHS PAYMENT SYSTEMS, INC.** | **Law Offices of M. Candice Bryner, APC**<br>Mary Candice Bryner<br>Tumy Nhi Nguyen<br>900 Roosevelt<br>Irvine, CA 92620<br>candice@brynerlaw.com<br>tumy@brynerlaw.com<br><br>**Attorneys for Defendant**<br>**SYMCO GROUP, INC.** |

**ATTORNEY'S E-FILING ATTESTATION**

As the attorney e-filing this document, and pursuant to General Order 45, I hereby attest that counsel for Plaintiff Burroughs Payment Systems, Inc. and counsel for Defendant Symco Group, Inc. whose electronic signatures appear above, have concurred in this filing.

Dated: July 27, 2012            By: /s/ Ryan S. Hilbert
                                SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP
                                Attorneys for Plaintiff
                                BURROUGHS PAYMENT SYSTEMS, INC.

Dated: July 30, 2012



SMRH:406256758.1

-3-

STIPULATED NOTICE OF DISMISSAL WITHOUT PREJUDICE
Case No. 3:11-cv-06268-JCS